**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
HERBY JEAN,

               Plaintiff,                                    24 **CIVIL** 5401 (LLS)

    -against-                                            **JUDGMENT**

HRA, HELP MEYER'S ALL MEN SHELTER, CHRIS
ANDERSON, 25TH PRECINCT, NYC CIVIL
COMPLAINT REVIEW BOARD (CCRB), 52ND
PRECINCT, JEROME AVENUE ALL MEN SHELTER,
BLAKE AVENUE ALL MEN SHELTER,

               Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated September 5, 2025, Plaintiff's second amended complaint (ECF 14), filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**Dated:**  New York, New York

      September 8, 2025

                                                         **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                        **BY:**        K. Mango

                                                            **Deputy Clerk**